UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP 28 2015

| UNITED STATES OF AMERICA | ) | ORDER TO DISMISS |
| --- | --- | --- |
| | ) | |
| v. | ) | 4:15-CR-00061 |
| | ) | |
| KEITH F. RUSS JR. | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 28TH day of September, 2015.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA